```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP001117
Cashier ID: dhernand
Transaction Date: 04/27/2007
Payer Name: SOVICH MINCH LLP
-----------------------------------------
CIVIL FILING FEE
 For: SOVICH MINCH LLP
 Case/Party: D-INS-1-07-CV-000535-001
 Amount:       $350.00
-----------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
-----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

THEODORE MINCH

SOVICH MINCH LLP

10099 CHESAPEAKE DR

MCCORDSVILLE IN 46855

1:07-CV-0535 H/K FF


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```