O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern District of Indiana

NERDS ON CALL, INC.

**SUMMONS IN A CIVIL CASE**

V.

INTERNET BILLING SERVICES, INC. and
RYAN ELDRIDGE, Individually.

CASE

**1 : 07-cv- 0535 -DFH-TAB**

TO: (Name and address of Defendant)

RYAN ELDRIDGE, Individually
215 Lake Boulevard, No. 494
Redding, California 96003

YOU ARE HEREBY SUMMONED and required to serve upon PLANTIFF'S ATTORNEY (name and address)

Theodore J. Minch (IN 18798-49)
Sovich Minch, LP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

APR 2 7 2007

DATE

(By) DEPUTY CLERK

O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern District of Indiana

NERDS ON CALL, INC.

V.

INTERNET BILLING SERVICES, INC. and
RYAN ELDRIDGE, Individually.

**SUMMONS IN A CIVIL CASE**

CASE

**1 : 07 -cv- 0535 -DFH -TAB**

TO: (Name and address of Defendant)

INTERNET BILLING SERVICES, INC.
c/o RYAN ELDRIDGE, Individually
215 Lake Boulevard, No. 494
Redding, California 96003

YOU ARE HEREBY SUMMONED and required to serve upon PLANTIFF'S ATTORNEY (name and address)

Theodore J. Minch (IN 18798-49)
Sovich Minch, LP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

**CLERK**

**APR 2 7 2007**

**DATE**

(By) DEPUTY CLERK