UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NERDS ON CALL, INC.,        )
                            )
            Plaintiff,      )
                            )    CASE NO. 1:07-cv-0535-DFH-TAB
      v.                    )
                            )
INTERNET BILLING SERVICES, INC., )
and RYAN ELDRIDGE, Individually, )
                            )
            Defendants.     )

## APPEARANCE

Please enter my appearance on behalf of Plaintiff, Nerds on Call, Inc., in this matter.

Respectfully submitted,

/s/ Theodore J. Minch
Theodore J. Minch #18798-49
Attorney for Nerds on Call, Inc.
SOVICH MINCH, LLP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)
(317) 335-3602 (f)
tjminch@sovichminch.com (e-mail)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was forwarded this day to the following party representatives of record by placing a copy of the same via United States certified mail, return receipt requested and postage pre-paid, this __20th__ day of __April__, 2007.

Mr. Ryan Eldridge
Internet Billing Services, Inc.
1348 Market Street
Suite 260
Redding, California 96003

/s/ Theodore J. Minch
Theodore J. Minch (18798-49)
SOVICH MINCH, LLP
Attorneys for Internet Billing Services, Inc.