O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern District of Indiana

NERDS ON CALL, INC.

    V.

INTERNET BILLING SERVICES, INC. and
RYAN ELDRIDGE, Individually.

**SUMMONS IN A CIVIL CASE**

CASE

**1:07-cv-0535-DFH-TAB**

TO: (Name and address of Defendant)

INTERNET BILLING SERVICES, INC.
c/o RYAN ELDRIDGE, Individually
215 Lake Boulevard, No. 494
Redding, California 96003

YOU ARE HEREBY SUMMONED and required to serve upon PLANTIFF'S ATTORNEY (name and address)

Theodore J. Minch (IN 18798-49)
Sovich Minch, LP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK   *CLERK*

(By) DEPUTY CLERK

DATE   APR 2 7 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | August 16, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peggy A. Majdak | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via certified mail - return receipt requested; served upon defendant & his counsel

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 24, 2007    *Peggy A. Majdak*
              Date                Signature of Server

10059 Chesapeake Dr.
McCordsville, IN 46055
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel N. Ballard, Esq
Bullivant Houser & Bailey
Suite 1000
1415 L Street
Sacramento, CA 95814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 AUG 16 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7002 0510 0004 0427 1555

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540