O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern District of Indiana

NERDS ON CALL, INC.

**SUMMONS IN A CIVIL CASE**

V.

INTERNET BILLING SERVICES, INC. and
RYAN ELDRIDGE, Individually.

CASE

**1 : 07 -cv- 0 5 35 -DFH -TAB**

TO: (Name and address of Defendant)

RYAN ELDRIDGE, Individually
215 Lake Boulevard, No. 494
Redding, California 96003

YOU ARE HEREBY SUMMONED and required to serve upon PLANTIFF'S ATTORNEY (name and address)

Theodore J. Minch (IN 18798-49)
Sovich Minch, LP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

_____    DATE ____APR 2 7 2007____
CLERK         CLERK

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | August 16, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peggy A. Majdak | Office manager |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): via certified mail - return receipt requested, served upon defendant & his counsel

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 04, 2007    Peggy A. Majdak
                Date                    Signature of Server

10099 Chesapeake Drive
McCordsville, IN 46055
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryan Eldridge
1733 Oregon Street
Ste. B
Redding, CA 96003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Erin Carrine_____

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 0510 0004 0427 1548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540