UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07CV0535 DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
|     Defendants. ) | |

## APPEARANCE

Jonathan G. Polak of the law firm of Sommer Barnard PC hereby enters his Appearance as counsel on behalf of Defendants Nerds on Call, Inc., incorrectly named as a Defendant in this suit as Internet Billing Services, Inc. and Ryan Eldridge, Individually.

Respectfully submitted,

/s/ *Jonathan G. Polak*
Signature

| Jonathan G. Polak | 21954-49 |
|---|---|
| Print Name | Bar Number |

Sommer Barnard, PC, 3500 One Indiana Sq.
Address

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | Zip Code |

| 317-713-3500 | 317-713-3699 |
|---|---|
| Phone Number | Fax Number |

Jonathan G. Polak
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204
(317) 713-3500 Phone
(317) 713-3699 Fax
jpolak@sommerbarnard.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served electronically upon opposing counsel, on this 6th day of September, 2007.

    Theodore J. Minch
    tjminch@sovichminch.com

                                                /s/ Jonathan G. Polak

648430