UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07CV0535  DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Nerds on Call, Inc., incorrectly named as a Defendant in this suit as Internet Billing Services, Inc., by counsel, pursuant to Fed. R. Civ. P. 7.1, submits the following Corporate Disclosure Statement:

Defendant, Nerds on Call, Inc., is a wholly-owned corporation. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,


/s/ *Jonathan G. Polak*
Jonathan G. Polak, #21954-49
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3599
Facsimile:  (317) 713-3699
jpolak@sommerbarnard.com

Counsel for Defendants, Nerds on Call, Inc.
and Ryan Eldridge, Individually

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served electronically upon opposing counsel, on this 6th day of September, 2007.

Theodore J. Minch
tjminch@sovichminch.com

/s/ Jonathan G. Polak

648513