UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07CV0535 DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Pursuant to Local Rule 6.1, Defendant, Nerds on Call, Inc., incorrectly named as a Defendant in this suit as Internet Billing Services, Inc., by counsel, gives notice that the date for filing its responsive pleading to the Plaintiff's Complaint in this matter is extended from September 10, 2007 to October 10, 2007. Plaintiff's counsel, Theodore J. Minch, has been contacted regarding this enlargement of time and has expressed no objection.

Respectfully submitted,

/s/ *Jonathan G. Polak*
Jonathan G. Polak, #21954-49
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3599
Facsimile: (317) 713-3699
jpolak@sommerbarnard.com

Counsel for Defendants, Nerds on Call, Inc.
and Ryan Eldridge, Individually

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically on September 6, 2007. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.

Theodore J. Minch
tjminch@sovichminch.com

/s/ *Jonathan G. Polak*
Jonathan G. Polak

656342