UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07CV0535  DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF AUTOMATIC
# ENLARGEMENT OF TIME

Pursuant to Local Rule 6.1, Defendant, Ryan Eldridge, Individually, by counsel, gives notice that the date for filing his responsive pleading to the Plaintiff's Complaint in this matter is extended from September 13, 2007 to October 15, 2007.  Plaintiff's counsel, Theodore J. Minch, has been contacted regarding this enlargement of time and has expressed no objection.

Respectfully submitted,

/s/ *Jonathan G. Polak*
Jonathan  G. Polak, #21954-49
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3599
Facsimile:  (317) 713-3699
jpolak@sommerbarnard.com

Counsel for Defendants, Nerds on Call, Inc.
and Ryan Eldridge, Individually

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically on September 6, 2007. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.

    Theodore J. Minch
    tjminch@sovichminch.com

                                            /s/ *Jonathan G. Polak*
                                            Jonathan G. Polak

656341