UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., )<br>)<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>INTERNET BILLING SERVICES, INC.,  )<br>and RYAN ELDRIDGE, Individually,  )<br>)<br>    Defendants.  ) | CASE NO. 1:07CV0535 DFH-TAB |

## **APPEARANCE**

Trent J. Sandifur of the law firm of Sommer Barnard PC hereby enters his Appearance as counsel on behalf of Defendants Nerds on Call, Inc. incorrectly named as a Defendant in this suit as Internet Billing Services, Inc. and Ryan Eldridge, Individually.

Respectfully submitted,

/s/ *Trent J. Sandifur*
Signature

<u>Trent J. Sandifur</u>    <u>23118-71</u>
Print Name    Bar Number

<u>Sommer Barnard, PC, 3500 One Indiana Sq.</u>
Address

<u>Indianapolis</u>    <u>IN</u>    <u>46204</u>
City    State    Zip Code

<u>317-713-3500</u>    <u>317-713-3699</u>
Phone Number    Fax Number

Trent J. Sandifur
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 Phone
(317) 713-3699 Fax
tsandifur@sommerbarnard.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served electronically upon opposing counsel, on this 6th day of September, 2007.

    Theodore J. Minch
    tjminch@sovichminch.com

                                        /s/ Trent J. Sandifur

648504