UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-0535 DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR ENLARGEMENT OF TIME

Defendant Nerds on Call, Inc. incorrectly named as a Defendant in this suit as Internet Billing Services, Inc., by counsel, requests an enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant Internet Billing Services, Inc. states:

1. On September 6, 2007, a Notice of Automatic Enlargement of Time was filed enlarging the time for Defendant's response to Plaintiff's Complaint to October 10, 2007.

2. Defendant requires additional time to prepare its response to Plaintiff's Complaint and to permit filing of all Defendants' responsive pleadings in this case on the same day. Defendant Ryan Eldridge's responsive pleading is due on Monday, October 15, 2007.

3. Defendant respectfully requests a three (3) day extension of time to file a Response to Plaintiff's Complaint, up to and including October 15, 2007.

4. Counsel for Plaintiff, Nerds on Call, Inc., consents and agrees to the relief requested herein.

Respectfully submitted,

/s/ *Jonathan G. Polak*
Jonathan G. Polak, #21954-49
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3599
Facsimile: (317) 713-3699
jpolak@sommerbarnard.com

Counsel for Defendants, Nerds on Call, Inc., incorrectly named as a Defendant in this suit as Internet Billing Services, Inc. and Ryan Eldridge, Individually

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on October 10, 2007. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.

Theodore J. Minch
tjminch@sovichminch.com

/s/ *Jonathan G. Polak*
Jonathan G. Polak

672527