UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-0535  DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

# ORDER FOR ENLARGEMENT OF TIME

This matter comes before the Court on Defendant Nerds on Call, Inc. incorrectly named as a Defendant in this suit as Internet Billing Services, Inc.'s Agreed Motion for Enlargement of Time to respond to Plaintiff's Complaint. Upon consideration, the Court now GRANTS the Motion and

IT IS ORDERED that the period within which Defendant Nerds on Call, Inc. incorrectly named as a Defendant Internet Billing Services, Inc. may respond to Plaintiff's Complaint is enlarged to and including October 15, 2007.

Dated:  10/15/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

Jonathan G. Polak
jpolak@sommerbarnard.com

Theodore J. Minch
tjminch@sovichminch.com

672583