UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NERDS ON CALL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| | ) | |
| INTERNET BILLING SERVICES, INC., | ) | |
| and RYAN ELDRIDGE, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S AGREED REQUEST FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

This Matter having come before the Court on Plaintiff NERDS ON CALL, INC.'s

Agreed Request for Extension of Time to Respond to Defendants' Motion to Dismiss and the

Court being duly advised in the premises now hereby

GRANTS Plaintiff's agreed request and therefore provides Plaintiff until and including

November 13, 2007 for Plaintiff to file Plaintiff's Response to Defendants' Motion to Dismiss.

DATED: _11/01/2007_

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

Theodore J. Minch, Esq.
SOVICH MINCH, LLP
10099 Chesapeake Drive
Suite 100
McCordsville, Indiana 46055
tjminch@sovichminch.com

Jonathan G. Polak, Esq.
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204
jpolak@sommerbarnard.com

Dockets.Justia.com