UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.          ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| ) | |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants.          ) | |

## ORDER ON PLAINTIFF'S AGREED MOTION TO
## CONTINUE THE INITIAL PRE-TRIAL CONFERENCE

This Matter having come before the Court on the Plaintiff's Agreed Motion to Continue

Initial Pre-Trial Conference and the Court being duly advised in the premises now hereby

GRANTS the Plaintiff's motion and therefore, in accordance therewith, hereby Orders

the Pre-Trial Conference of November 20, 2007 at 1:00 o'clock p.m. VACATED and the same

re-set for the _____ day of _____, 2007 at _____ o'clock __.m.

DATED: _____

Magistrate Judge, U.S. District Court

COPIES TO:

| | |
|---|---|
| Theodore J. Minch, Esq. | Jonathan G. Polak, Esq. |
| SOVICH MINCH, LLP | SOMMER BARNARD PC |
| 10099 Chesapeake Drive | One Indiana Square |
| Suite 100 | Suite 3500 |
| McCordsville, Indiana 46055 | Indianapolis, Indiana 46204 |
| tjminch@sovichminch.com | jpolak@sommerbarnard.com |