UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S AGREED SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Comes now Plaintiff, NERDS ON CALL, INC., by counsel, Theodore J. Minch, and respectfully requests a thirty (30) day extension of time to respond to Defendants' Motion for to Dismiss, and in support, alleges and says as follows:

1. Defendants filed their Motion to Dismiss, together with their brief in support thereof, on October 15, 2007 (hereinafter the "Motion").

2. In accordance with S.D.Ind.L.R. 7.1(b), Plaintiff's response to the Motion was due on October 30, 2007; Plaintiff requested (and was granted) a fourteen day extension of time until and including November 13, 2007 in which to file Plaintiff's response to the Motion.

3. As a result of counsel for Plaintiff's court and trial schedule, counsel for Plaintiff has not had adequate opportunity to complete Plaintiff's response to the Motion nor has counsel for Plaintiff had the opportunity to explore potential settlement options with counsel for Defendants.

4. Plaintiff, by counsel, contacted Defendants, by counsel, on November 13, 2007 with regard to this Request for extension of time; based upon the foregoing circumstances,

Defendants, by counsel, have no objection to the entry of a thirty (30) day extension of time until and including December 12, 2007 for Plaintiff to file its Response to the Motion.

5. This Request is not for the purpose of undue delay, is just, necessary, and proper in light of the foregoing circumstances, and should this request be denied, Plaintiff will be irreparably and unjustly prejudiced.

WHEREFORE, Plaintiff, NERDS ON CALL, INC., by counsel Theodore J. Minch, hereby respectfully requests the Court grant Plaintiff a thirty (30) day extension of time until and including December 12, 2007 for Plaintiff to file Plaintiff's Response to Defendants' Motion to Dismiss, and for all other appropriate and just relief in the premises.

Dated: November 14, 2007             Respectfully submitted,

                                            /s/ Theodore J. Minch
                                            Theodore J. Minch, #18798-49
                                            Attorney for Plaintiff Nerds on Call, Inc.
                                            SOVICH MINCH, LLP
                                            10099 Chesapeake Drive, Suite 100
                                            McCordsville, Indiana 46055
                                            (317) 335-3601 (t)
                                            (317) 335-3602 (f)
                                            e-mail – tjminch@sovichminch.com

## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following counsel for record this 14th day of November, 2007 via electronic mail only:

                        Jonathan G. Polak, #21954-49
                        SOMMER BARNARD PC
                        One Indiana Square, Suite 3500
                        Indianapolis, IN 46204
                        e-mail: jpolak@sommerbarnard.com

                                            /s/ Theodore J. Minch
                                            Theodore J. Minch, #18798-49
                                            SOVICH MINCH, LLP
                                            Attorney for Plaintiff Nerds on Call, Inc.
                                            E-Mail: tjminch@sovichminch.com