UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S AGREED MOTION TO
## CONTINUE THE INITIAL PRE-TRIAL CONFERENCE

This Matter having come before the Court on the Plaintiff's Agreed Motion to Continue Initial Pre-Trial Conference and the Court being duly advised in the premises now hereby

GRANTS the Plaintiff's motion and therefore, in accordance therewith, hereby Orders the Pre-Trial Conference of November 20, 2007 at 1:00 o'clock p.m. VACATED and the same re-set for the 29th day of November, 2007 at 3 o'clock p.m.

DATED: 11/14/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

Theodore J. Minch, Esq.
SOVICH MINCH, LLP
10099 Chesapeake Drive
Suite 100
McCordsville, Indiana 46055
tjminch@sovichminch.com

Jonathan G. Polak, Esq.
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204
jpolak@sommerbarnard.com