UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNET BILLING SERVICES, INC., )<br>and RYAN ELDRIDGE, Individually, )<br>)<br>Defendants. ) | CASE NO. 1:07-cv-0535-DFH-TAB |

### ORDER ON PLAINTIFF'S AGREED SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

This Matter having come before the Court on Plaintiff NERDS ON CALL, INC.'s Agreed Request for Extension of Time to Respond to Defendants' Motion to Dismiss and the Court being duly advised in the premises now hereby

GRANTS Plaintiff's agreed request and therefore provides Plaintiff until and including December 12, 2007 for Plaintiff to file Plaintiff's Response to Defendants' Motion to Dismiss.

DATED: 11/16/2007      _____

 Tim A. Baker
 United States Magistrate Judge
 Southern District of Indiana

COPIES TO:

Theodore J. Minch, Esq.
SOVICH MINCH, LLP
10099 Chesapeake Drive
Suite 100
McCordsville, Indiana 46055
tjminch@sovichminch.com

Jonathan G. Polak, Esq.
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204
jpolak@sommerbarnard.com