UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:07-cv-0535-DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON NOVEMBER 29, 2007 INITIAL PRETRIAL CONFERENCE

Parties appeared by counsel November 29, 2007 for an initial pretrial conference. The Case Management Plan [Docket No. 29] is denied. The Defendant shall serve a settlement response by December 7, 2007, with a copy to the Magistrate Judge.

**This cause is set for a telephonic status conference at 4 p.m. on December 12, 2007.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to address settlement. The deadline to respond to the pending motion to dismiss is stayed pending the December 12 telephonic status conference.

Dated: 12/04/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

Jonathan G. Polak
SOMMER BARNARD ATTORNEYS, PC
jpolak@sommerbarnard.com

Trent J. Sandifur
SOMMER BARNARD ATTORNEYS, PC
tsandifur@sommerbarnard.com