UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:07-cv-0535-DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., et al, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON DECEMBER 12, 2007 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel December 12, 2007 for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Plaintiff shall respond to the pending motion to dismiss by December 21, 2007.

Dated: 12/18/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

Jonathan G. Polak
SOMMER BARNARD ATTORNEYS, PC
jpolak@sommerbarnard.com

Trent J. Sandifur
SOMMER BARNARD ATTORNEYS, PC
tsandifur@sommerbarnard.com