UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-0535 DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME ON DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants, by counsel, request an enlargement of time to file its Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss. In support of this motion, Defendants state as follows:

1. On January 4, 2008, a Response in Opposition to Defendants' Motion to Dismiss was filed.

2. Counsel for Defendants has been called out of state due to a family emergency and requires additional time to prepare their Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss. Defendants' reply is due on or about January 18, 2008.

3. Defendants respectfully request a seven (7) day extension of time to file a Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss, up to and including January 25, 2008.

4. Defendants have contacted counsel for Plaintiff, Theodore J. Minch, and Mr. Minch does not object to the requested extension of time.

Respectfully submitted,

/s/ *Jonathan G. Polak*
Jonathan G. Polak, #21954-49
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3599
Facsimile: (317) 713-3699
jpolak@sommerbarnard.com

Counsel for Defendants, Nerds on Call, Inc., incorrectly named as a Defendant in this suit as Internet Billing Services, Inc. and Ryan Eldridge, Individually

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on January 18, 2008. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.

Theodore J. Minch
tjminch@sovichminch.com

/s/ *Jonathan G. Polak*
Jonathan G. Polak

717522