UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-0535 DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

# ORDER ON UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

This matter comes before the Court on Defendants Unopposed Motion for Enlargement of Time to respond to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss. Upon consideration, the Court now GRANTS the Motion and

IT IS ORDERED that the period within which Defendants may reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss is enlarged to and including January 25, 2008.

Dated: 01/23/2008

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

Jonathan G. Polak
jpolak@sommerbarnard.com

Theodore J. Minch
tjminch@sovichminch.com

717542