UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NERDS ON CALL, INC.,
an Indiana corporation                          )
                                                )
                    Plaintiff,                  )
                                                )
        v.                                      )        CASE NO. 1:07-cv-0535-DFH-TAB
                                                )
INTERNET BILLING SERVICES, INC.,                )
and RYAN ELDRIDGE, Individually,                )
                                                )
                    Defendants.                 )

## STIPULATION OF SUBSTITUTION OF PARTY UNDER FED. RULE 15(C)

Come now Plaintiff / Counterclaim Defendant Nerds On Call, Inc. (hereinafter "Nerds Indiana"), by counsel, Theodore J. Minch, and Defendants / Counterclaimants Internet Billing Services, Inc. (California) (hereinafter "Nerds California") and Ryan Eldridge, individually (hereinafter "RE") (IBS and RE may be collectively referred to hereinafter as "Counterclaimants"), by counsel Jonathan Polak,  (Nerds Indiana and Counterclaimants may, from time to time, be hereinafter collectively referred to hereinafter as the "Parties")  and in support of the Parties' stipulation of substitution of Party under Fed. Rule 15(c), hereby state and allege as follows:

1.      The Complaint for Damages in this Case was filed by Nerds Indiana on April 27, 2007 (hereinafter the "Complaint") against Nerds California and RE; Nerds California was named as Internet Billing Services, Inc. based upon information counsel for Nerds Indiana had at the time the Complaint was filed.

2.      Counsel for Nerds Indiana has learned, upon information voluntarily provided to counsel for Nerds Indiana by counsel for Nerds California, that Nerds on Call, Inc. (California) is

a successor corporation to Internet Billing Services, Inc. and that, as such, Internet Billing Services, Inc. is the proper corporate defendant in this Case.

3.      "Nerds on Call, Inc., a California corporation" should hereafter therefore be substituted for Internet Billing Services, Inc. as the properly named Defendant in this Case.

WHEREFORE the Parties, Plaintiff / Counterclaim Defendant Nerds on Call, Inc. (Indiana), by counsel, Theodore J. Minch, and Defendants / Counterclaimants Internet Billing Services, Inc. (California) and Ryan Eldridge, individually, by counsel Jonathan Polak, having filed their Stipulation of Substitution of Party under Fed. Rule 15(c), hereby respectfully request that Nerds on Call, Inc., a California corporation be substituted for Internet Billing Services, Inc. as the properly named corporate defendant in this Case and for all other relief, just and appropriate in the premises.

Respectfully submitted,


By: _____/s/ Theodore J. Minch_____
        Theodore J. Minch (18798-49)
        Sovich Minch, LLP
        *Attorneys for Nerds on Call, Inc.*
        10099 Chesapeake Drive, Suite 100
        Indianapolis, IN  46055
        Telephone:     (317) 335-3601
        Facsimile:      (317) 335-3602
        E-Mail:          tjminch@sovichminch.com


By: _____/s/ Jonathan G. Polak_____
        Jonathan G. Polak, #21954-49
        SOMMER BARNARD PC
        One Indiana Square, Suite 3500
        Indianapolis, IN 46204
        e-mail:  jpolak@sommerbarnard.com

## PROOF OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following counsel for record this 4th day of February, 2008 via electronic mail only:

Jonathan G. Polak, #21954-49
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
e-mail:  jpolak@sommerbarnard.com

/s/ Theodore J. Minch_____
Theodore J. Minch, #18798-49
SOVICH MINCH, LLP
Attorney for Plaintiff Nerds on Call, Inc.
E-Mail:  tjminch@sovichminch.com

726659