UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER STIPULATION OF SUBSTITUTION OF PARTY UNDER FED. RULE 15(C)

The Parties, Plaintiff / Counterclaim Defendant Nerds on Call, Inc. (Indiana), by counsel, Theodore J. Minch, and Defendants / Counterclaimants Internet Billing Services, Inc. (California) and Ryan Eldridge, individually, by counsel Jonathan Polak, have filed their Stipulation of Substitution of Party under Fed. Rule 15(c),

The Court has read this Stipulation and now, being duly advised in this matter, now finds that the same should be entered as an Order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Nerds on Call, Inc., a corporation duly organized and existing under the laws of the State of California shall be substituted for Defendant Internet Billing Services, Inc., and, as such, Nerds on Call, Inc. (California) shall hereafter be a named co-Defendant in this Case.

DATED: 2/5/2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

Theodore J. Minch, Esq.
SOVICH MINCH, LLP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
tjminch@sovichminch.com
726662

Jonathan G. Polak, Esq.
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
jpolak@sommerbarnard.com