UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NERDS ON CALL, INC.,

          Plaintiff,

vs.

NERDS ON CALL, INC., and RYAN
ELDRIDGE, Individually,

          Defendants.

AND RELATED COUNTERCLAIMS.

Case No.: 1:07-cv-0535-DFH-TAB

**STIPULATION TO FILE AMENDED ANSWER
UNDER RULE 15(a)(2)**

Plaintiff Nerds On Call, Inc. ("Nerds/Indiana") and Defendants Nerds on Call, Inc. and Ryan Eldridge (cumulatively "Nerds/California"), by their respective attorneys, hereby state and allege as follows:

1.      Nerds/Indiana filed its complaint in this action on April 27, 2007. Dkt. 1.

2.      Nerds/California timely responded on October 15, 2007 by filing a motion to dismiss under Rules 12(b)(2), 12(b)(3), and 12(b)(5). Dkt. 15. That motion is fully briefed and is currently pending a decision.

3.      Preserving its arguments in support of its motion to dismiss, Nerds/California also Answered the complaint and filed three declaratory relief Counterclaims against Nerds/Indiana on December 19, 2007. Dkt. 32.

4.      Nerds/Indiana timely filed its Answer to Nerds/California's Counterclaims on February 6, 2008. Dkt. 44. The Parties now stipulate that Nerds/Indiana may file the Amended Answer to Nerds/California's Counterclaims that is attached hereto as Exhibit A.

5.      The Parties' stipulation is solely for the purpose of clarifying the substance of Nerds/Indiana's Answer. Nerds/California retains all of its rights to object and oppose the

substance and merits of Nerds/Indiana's Amended Answer.

Respectfully submitted,

Date: 04/24/2008                    By: ____/s/ Theodore J. Minch_____
                                         Theodore J. Minch (18798-49)
                                         Sovich Minch, LLP
                                         *Attorneys for Nerds on Call, Inc.*
                                         10099 Chesapeake Drive, Suite 100
                                         Indianapolis, IN 46055
                                         Telephone:     (317) 335-3601
                                         Facsimile:     (317) 335-3602
                                         E-Mail:        tjminch@sovichminch.com


Date: 04/24/2008                    By: ____/s/ Jonathan G. Polak_____
                                         Jonathan G. Polak, (21954-49)
                                         SOMMER BARNARD PC
                                         One Indiana Square, Suite 3500
                                         Indianapolis, IN 46204
                                         e-mail: jpolak@sommerbarnard.com


## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following counsel for record this 24th day of April, 2008 via electronic mail only:

Jonathan G. Polak, (21954-49)
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
e-mail: jpolak@sommerbarnard.com


/s/ Theodore J. Minch_____
Theodore J. Minch, #18798-49
SOVICH MINCH, LLP
Attorney for Plaintiff Nerds on Call, Inc.
E-Mail: tjminch@sovichminch.com