# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NERDS ON CALL, INC. (CALIFORNIA) )<br>and RYAN ELDRIDGE, )<br>)<br>Defendants. ) | Case No.: 1:07-cv-0535-DFH-TAB |

## MOTION FOR DANIEL N. BALLARD
## TO APPEAR *PRO HAC VICE* PURSUANT TO L.R. 83.5(c)

Pursuant to Local Rule 83.5(c) of the Local Rules of the United States District Court for the Southern District of Indiana, the undersigned moves for the admission *pro hac vice* of Daniel N. Ballard of the law firm of Bullivant Houser Bailey PC to represent Nerds On Call, Inc. (California) and Ryan Eldridge (together "Defendants") as co-counsel with Taft Stettinius & Hollister LLP in this matter. In support of this motion, the undersigned shows the Court as follows:

1. Daniel N. Ballard is an associate with the law firm of Bullivant Houser Bailey PC, 1415 L Street, Suite 1000, Sacramento, California 95814, telephone (916) 930-2500, fax (916) 930-2501, email daniel.ballard@bullivant.com.

2. Mr. Ballard is admitted to the Bar of the United States District Court for the Eastern District of California (June 12, 2002), and is admitted to practice before the Ninth Circuit Court of Appeals (September 25, 2003) and the United States Supreme Court (February 21, 2006).

3. Mr. Ballard has never been and is not currently under suspension or subject to other disciplinary action with respect to his practice.

4. Defendants will continue to be represented in this matter by Jonathan G. Polak and Trent J. Sandifur of Taft Stettinius & Hollister LLP, Indianapolis, Indiana, who will act as co-counsel with Mr. Ballard.

5. Mr. Ballard agrees to pay the local fee of $30.00 for admission *pro hac vice* and to do all other acts necessary to comply with this District Court's Rules.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order of Admission *Pro Hac Vice* for Daniel N. Ballard to act as co-counsel for Defendants in this matter, and for all other proper relief.

Respectfully submitted,

/s/ Jonathan G. Polak
Jonathan G. Polak, Attorney No. 21954-49
Trent J. Sandifur, Attorney No. 23118-71
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 Phone
(317) 713-3699 Fax
jpolak@taftlaw.com
tsandifur@taftlaw.com

Daniel N. Ballard
BULLIVANT HOUSER BAILEY, PC
1415 L Street, Suite 1000
Sacramento, California 95814
(916) 930-2500 Phone
(916) 930-2501 Fax
daniel.ballard@bullivant.com

Attorneys for Defendants
Nerds On Call, Inc. (California) and
Ryan Eldridge

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following counsel through the Court's email filing system on this 30th day of May, 2008:

> Theodore J. Minch
> SOVICH MINCH LLP
> 10099 Chesapeake Drive
> Suite 100
> McCordsville, IN  46055
> tjminch@sovichminch.com
>
> Trent J. Sandifur
> TAFT STETTINIUS & HOLLISTER LLP
> One Indiana Square, Suite 3500
> Indianapolis, IN  46204
> tsandifur@taftlaw.com

and served upon the following counsel through email on this 30th day of May, 2008:

> Daniel N. Ballard
> BULLIVANT HOUSER BAILEY, PC
> 1415 L Street, Suite 1000
> Sacramento, California  95814
> daniel.ballard@bullivant.com

                                    /s/ Jonathan G. Polak

817256