```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP007467
Cashier ID: jdavison
Transaction Date: 06/05/2008
Payer Name: TAFT STETTINIUS HOLLISTER LL
P
----------------------------------------
PRO HAC VICE
 For: TAFT STETTINIUS HOLLISTER LLP
 Case/Party: D-INS-1-08-LR-008001-001
 Amount:         $30.00
----------------------------------------
CHECK
 Check/Money Order Num: 200434
 Amt Tendered:  $30.00
----------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

TAFT STETTINIUS & HOLLISTER LLP

ONE INDIANA SQUARE, SUITE 3500

INDIANAPOLIS, IN  46204


PRO HAC VICE

Daniel N. Ballard

1:07-CV-535-DFH-TAB


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```