# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07-cv-0535-DFH-TAB |
| v. ) | |
| ) | |
| NERDS ON CALL, INC. (CALIFORNIA) ) | |
| and RYAN ELDRIDGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF ADMISSION *PRO HAC VICE*
## OF DANIEL N. BALLARD

This cause has come before the Court upon the Motion for Daniel N. Ballard of Bullivant Houser Bailey PC to Appear *Pro Hac Vice* on behalf of Nerds On Call, Inc. (California) and Ryan Eldridge (together "Defendants") in the above-referenced cause of action. The Court, being fully advised; now GRANTS said motion and hereby ORDERS the admission *pro hac vice* of Daniel N. Ballard as co-counsel for Defendants in the above-entitled cause of action.

SO ORDERED

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

2

E-Distribution:

| | |
|---|---|
| Jonathan G. Polak<br>Trent J. Sandifur<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204<br>Email: jpolak@taftlaw.com<br>          tsandifur@taftlaw.com | Theodore J. Minch<br>SOVICH MINCH LLP<br>10099 Chesapeake Drive<br>Suite 100na Square, Suite 2800<br>McCordsville, IN  46055<br>Email: tjminch@sovichminch.com<br><br>Attorney for Plaintiff |

Daniel N. Ballard
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, CA  95814
Email: Daniel.ballard@bullivant.com

Attorneys for Defendants
Nerds On Call, Inc. (California)
and Ryan Eldridge

817258

2