UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:07-cv-535- DFH-TAB |
| ) | |
| NERDS ON CALL, INC. (CALIFORNIA) and ) | |
| RYAN ELDRIDGE, INDIVIDUALLY, ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING PRETRIAL CONFERENCE

**This matter is set for a pretrial conference at 1:30 p.m. on June 24, 2008,** in Room 234, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The purpose of this conference is to address settlement and case management issues in light of the Court's ruling on Defendants' motion to dismiss. Counsel shall personally confer regarding these topics in advance of the conference. Clients shall be available by telephone throughout the duration of the conference.

SO ORDERED: 06/09/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

Trent J. Sandifur
TAFT STETTINIUS & HOLLISTER LLP
tsandifur@taftlaw.com

Jonathan G. Polak
TAFT STETTINIUS & HOLLISTER LLP
jpolak@taftlaw.com