UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA),<br><br>Plaintiff,<br><br>vs.<br><br>NERDS ON CALL, INC. (CALIFORNIA)<br>and RYAN ELDRIDGE,<br><br>Defendants. | Case No.: 1:07-cv-0535-DFH-TAB |

## MOTION FOR RECONSIDERATION OR CERTIFICATION FOR INTERLOCUTORY APPEAL

Defendants Nerds on Call, Inc., and Ryan Eldridge (collectively "Nerds/California") respectfully request that the Court reconsider its ruling denying Nerds/California's motion to dismiss. Should the Court choose not to reconsider its ruling, or should it conclude the ruling was correct, Nerds/California requests that the Court certify its ruling for interlocutory appeal.

The inherent power of courts, the common law, and Rule 54(b) of the Federal Rules of Civil Procedure all permit courts to review and revise their interlocutory orders prior to the entry of final judgment. Nerds/California humbly contends that the Court has fundamentally misunderstood and misapplied the controlling law regarding *Calder* "effects test" specific jurisdiction.

Respectfully submitted,

DATED: June 24, 2007              BULLIVANT HOUSER BAILEY PC

                                  By:    /s/ DANIEL N. BALLARD
                                       Daniel N. Ballard
                                       Attorneys for Nerds On Call, Inc. and Ryan Eldridge

                                  Daniel N. Ballard, (CA Bar #219223) (Pro hac vice)
                                  BULLIVANT HOUSER BAILEY PC
                                  1415 L Street, Suite 1000
                                  Sacramento, California 95814
                                  Telephone: 916.930.2500
                                  Facsimile: 916.930.2501
                                  daniel.ballard@bullivant.com

1