UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NERDS ON CALL, INC. (CALIFORNIA) et al, ) <br> ) <br> Defendants. ) | 1:07-cv-0535-DFH-TAB |

### ORDER ON JUNE 24, 2008, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel June 24, 2008, for a telephonic status conference.

Discussion held regarding discovery, settlement, and related matters. The parties shall file a proposed Case Management Plan by July 7, 2008.

Dated: 06/26/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Daniel N. Ballard
BULLIVANT HOUSER BAILEY PC
daniel.ballard@bullivant.com

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

Jonathan G. Polak
TAFT STETTINIUS & HOLLISTER LLP
jpolak@taftlaw.com

Trent J. Sandifur
TAFT STETTINIUS & HOLLISTER LLP
tsandifur@taftlaw.com