UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. )    CASE NO. 1:07-cv-0535-DFH-TAB <br> ) <br> NERDS ON CALL, INC. (CALIFORNIA), ) <br> and RYAN ELDRIDGE, ) <br> ) <br> Defendants. ) | |

ENTRY

The court has reviewed defendants' motion to reconsider and is giving it serious consideration. The court will extend **to August 11, 2008** the time for plaintiff to file a response, if it wishes to do so.

So ordered.

Date: July 25, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Daniel N. Ballard
BULLIVANT HOUSER BAILEY PC
daniel.ballard@bullivant.com

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

Jonathan G. Polak
TAFT STETTINIUS & HOLLISTER LLP
jpolak@taftlaw.com

Trent J. Sandifur
TAFT STETTINIUS & HOLLISTER LLP
tsandifur@taftlaw.com