UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA)  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NERDS ON CALL, INC. (CALIFORNIA),  )<br>and RYAN ELDRIDGE, Individually,  )<br>)<br>Defendants.  ) | CASE NO. 1:07-cv-0535-DFH-TAB |

## **PLAINTIFF'S PRELIMINARY WITNESS LIST**

Pursuant to the Parties' Case Management Plan, as approved on July 2, 2008, and as disclosed to Defendants on July 30, 2008 via Plaintiff's Initial Disclosures, Plaintiff NERDS ON CALL, INC. (Indiana) ("Nerds Indiana") hereby files with the Court and submits to NERDS ON CALL, INC. (California) and Ryan Eldridge, individually (hereinafter collectively "Defendants"), by counsel, Plaintiff's Preliminary Witness List, as follows:

1. Kevin Bouchonnet
   *Subjects: Creation and operation of Nerds Indiana.*

2. Linda Bouchonnet
   *Subjects: Creation and operation of Nerds Indiana.*

3. Tom Long
   *Subjects: Creation and operation of Nerds Indiana, particularly in the area of Nerds Indiana's corporate financial status.*

4. Richard Lett
   *Subjects: Creation and use of the mark NERDS ON CALL (the "Mark").*

5. John Arnold
   *Subjects: Creation and use of the Mark.*

6. J. Matt Verner
   *Subjects: Creation and use of the Mark.*

Dockets.Justia.com

7. Scott Barnett
   *Subjects: Use of the Mark and day-to-day business operations of Nerds Indiana.*

8. Fortune Ighodalo
   *Subjects: Enforcement and protection of the trademark rights associated with the Mark.*

9. Dan Garner
   *Subjects: Enforcement and protection of the trademark rights associated with the Mark.*

10. Gloria Litz
    *Subjects: Use and / or the licensing of the Mark by Nerds Indiana.*

11. James C. Nebbers
    *Subjects: Enforcement and protection of the trademark rights associated with the Mark.*

12. Brock Peterson
    *Subjects: Enforcement and protection of the trademark rights associated with the Mark and / or the licensing thereof by Nerds Indiana.*

13. Ryan Eldridge
    *Subjects: Creation and operation of Defendants.*

14. Andrea Eldridge
    *Subjects: Creation and operation of Defendants.*

15. Accounting / Finance Person for Defendants
    *Subjects: Financial data as associated with Defendants and Defendants use of the Mark.*

16. All other witnesses identified by Defendants as potential witnesses on behalf of Defendants in this Case.

17. Nerds Indiana hereby reserves the right to amend said preliminary witness list upon learning of any other individuals during final discovery or trial who may have information relevant to this Case, who become known to Nerds Indiana at trial, and / or who may be used to impeach or rebut a specific presumption asserted by a witness for Defendants. Defendants, by counsel, will be notified upon the discovery of any such individuals.

Dated:  July 30, 2008    SOVICH MINCH, LLP

    */s/ Theodore J. Minch*_____
Theodore J. Minch, #18798-49
Attorney for Plaintiff Nerds on Call, Inc.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)
(317) 335-3602 (f)
e-mail – tjminch@sovichminch.com

## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following counsel for record for Defendants this 30th day of July, 2008 via electronic mail only:

Daniel N. Ballard, Esq.
SEQUOIA COUNSEL PC
770 L St., Suite 950
Sacramento, California 95814
Telephone:  (916) 449-3950
Facsimile:  (916) 200-0601
e-mail: dballard@sequoiacounsel.com

Jonathan G. Polak, Esq.
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
e-mail:  jpolak@sommerbarnard.com

    */s/ Theodore J. Minch*_____
Theodore J. Minch, #18798-49
SOVICH MINCH, LLP
Attorney for Plaintiff Nerds on Call, Inc.
E-Mail:  tjminch@sovichminch.com