UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| ) | |
| NERDS ON CALL, INC. (CALIFORNIA), ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO RECONSIDER**

Comes now Plaintiff, NERDS ON CALL, INC. (INDIANA), by counsel, Theodore J. Minch, and respectfully requests a seven (7) day extension of time to respond to Defendants' Motion to Reconsider, and in support, alleges and says as follows:

1. Defendants filed their Motion to Reconsider on June 24, 2008.

2. On July 25, 2008, the Court advised the Parties that it had taken serious consideration of Defendants' Motion to Reconsider and that Nerds Indiana would have until and including August 11, 2008 in which to file its reply to Defendants' Motion to Reconsider.

3. As a result of counsel for Nerds Indiana's pleading and trial schedules in other, unrelated matters, counsel for Nerds Indiana has not had adequate opportunity to complete Nerds Indiana's response to Defendants' Motion to Reconsider and, as such, requires an additional seven (7) days, including but not limited to August 18, 2008, in which to file its response to Defendants' Motion to Reconsider.

4. Plaintiff, by counsel, contacted Defendants, by counsel, on this date, August 11, 2008, with regard to this request for extension of time; based upon the foregoing circumstances,

Defendants, by counsel, expressed they had no objection to an extension of time to reply though Defendants do not stipulate to this request for extension of time, either.

5. This request is not for the purpose of undue delay, is just, necessary, and proper in light of the foregoing circumstances, none of which are the fault of Nerds Indiana, and should this request be denied, Nerds Indiana will be irreparably and unjustly prejudiced.

WHEREFORE, Plaintiff, NERDS ON CALL, INC. (INDIANA), by counsel Theodore J. Minch, hereby respectfully requests the Court grant Nerds Indiana a seven (7) day extension of time until and including August 18, 2008 to complete and file Nerds Indiana's response to Defendants' Motion to Reconsider, and for all other appropriate and just relief in the premises.

Dated: August 11, 2008             Respectfully submitted,

/s/ Theodore J. Minch
Theodore J. Minch, #18798-49
Attorney for Plaintiff Nerds on Call, Inc.
SOVICH MINCH, LLP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
(317) 335-3601 (t)
(317) 335-3602 (f)
e-mail – tjminch@sovichminch.com

## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiff's Request for Extension of Time to Respond to Defendants' Motion to Reconsider was served upon the following counsel for record this 11th day of August, 2008 via this Court's electronic service system only:

Daniel N. Ballard, Esq.
SEQUOIA COUNSEL PC
770 L St., Suite 950
Sacramento, California 95814
Telephone: (916) 449-3950
Facsimile: (916) 200-0601
e-mail: dballard@sequoiacounsel.com

Jonathan G. Polak, #21954-49
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
e-mail:  jpolak@sommerbarnard.com

>*/s/ Theodore J. Minch*_____
>Theodore J. Minch, #18798-49
>SOVICH MINCH, LLP
>Attorney for Plaintiff Nerds on Call, Inc.
>E-Mail:  tjminch@sovichminch.com
>Attorney for Plaintiff Nerds on Call, Inc.
>E-Mail:  tjminch@sovichminch.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0535-DFH-TAB |
| ) | |
| INTERNET BILLING SERVICES, INC., ) | |
| and RYAN ELDRIDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO RECONSIDER

This Matter having come before the Court on Plaintiff NERDS ON CALL, INC.'s (INDIANA) Request for Extension of Time to Respond to Defendants' Motion to Dismiss, and the Court being duly advised in the premises now hereby GRANTS Nerds Indiana's request and, as such, Nerds Indiana's response to Defendant's Motion to Reconsider shall be filed on or before August 18, 2008.

DATED: _____          _____
                             Magistrate Judge, U.S. District Court
                             Southern District of Indiana

COPIES TO:

Theodore J. Minch, Esq.          Jonathan G. Polak, Esq.
SOVICH MINCH, LLP                Taft Stettinius & Hollister LLP
10099 Chesapeake Drive           One Indiana Square
Suite 100                        Suite 3500
McCordsville, Indiana 46055      Indianapolis, Indiana 46204
tjminch@sovichminch.com          jpolak@sommerbarnard.com