UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:07-cv-0535-DFH-TAB |
| INTERNET BILLING SERVICES, INC., and RYAN ELDRIDGE, Individually, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER ON PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO RECONSIDER

This Matter having come before the Court on Plaintiff NERDS ON CALL, INC.'s (INDIANA) Request for Extension of Time to Respond to Defendants' Motion to Dismiss, and the Court being duly advised in the premises now hereby GRANTS Nerds Indiana's request and, as such, Nerds Indiana's response to Defendant's Motion to Reconsider shall be filed on or before August 18, 2008.

DATED:  8/12/08

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

| | |
|---|---|
| Theodore J. Minch, Esq. | Jonathan G. Polak, Esq. |
| SOVICH MINCH, LLP | Taft Stettinius & Hollister LLP |
| 10099 Chesapeake Drive | One Indiana Square |
| Suite 100 | Suite 3500 |
| McCordsville, Indiana 46055 | Indianapolis, Indiana 46204 |
| tjminch@sovichminch.com | jpolak@sommerbarnard.com |