UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA),<br><br>        Plaintiff,<br><br>vs.<br><br>NERDS ON CALL, INC. (CALIFORNIA) and RYAN ELDRIDGE,<br><br>        Defendants. | Case No.: 1:07-cv-0535-DFH-TAB |

## **NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK AND ALL PARTIES, please be informed that co-counsel for Defendants NERDS ON CALL, INC. and RYAN ELDRIDGE has changed its address and can now be reached at the following location:

> Daniel N. Ballard
> Sequoia Counsel PC
> 770 L St., Suite 950
> Sacramento, CA 95814
> Telephone: 916.449.3950
> Facsimile:  916.200.0601
> e-mail:  dballard@sequoiacounsel.com

DATED:  August 12, 2008        SEQUOIA COUNSEL PC

                                          By:    /s/ DANIEL N. BALLARD
                                              Daniel N. Ballard
                                              Attorney for Nerds On Call, Inc. and Ryan Eldridge
                                              Sequoia Counsel PC
                                              770 L St., Suite 950
                                              Sacramento, CA 95814
                                              Telephone: 916.449.3950
                                              Facsimile:  916.200.0601
                                              e-mail:  dballard@sequoiacounsel.com

1