UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NERDS ON CALL, INC. (INDIANA),

          Plaintiff,

    vs.

NERDS ON CALL, INC. (CALIFORNIA)
and RYAN ELDRIDGE,

          Defendants.

Case No.: 1:07-cv-0535-DFH-TAB

**MOTION TO CONVERT THE PENDING**
**MOTION TO DISMISS INTO A MOTION FOR SUMMARY JUDGMENT**

Defendants Nerds on Call, Inc., and Ryan Eldridge (collectively "Nerds/California") respectfully request that the Court convert their currently pending Motion to Dismiss for lack of personal jurisdiction into a Motion for Summary Judgment on that issue.

Subsequent to the Parties filing their briefs on the personal jurisdiction issue, they completed filing their pleadings, engaged in some discovery, and stipulated to numerous Undisputed Facts. Whether this Court may properly assert jurisdiction over Nerds/California is a fundamental due process question. Applying the Undisputed Facts to the matter allows the Court to resolve early in the case whether it has personal jurisdiction over Nerds/California.

    Respectfully submitted,

DATED: December 19, 2008      SEQUOIA COUNSEL PC

                  By:   /s/ DANIEL N. BALLARD
                      Daniel N. Ballard
                      Attorney for Nerds On Call, Inc. and Ryan Eldridge
                      Sequoia Counsel PC
                      770 L St., Suite 950
                      Sacramento, CA 95814
                      Telephone: 916.449.3950
                      Facsimile: 916.200.0601
                      e-mail: dballard@sequoiacounsel.com

Dockets.Justia.com