UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NERDS ON CALL, INC. (INDIANA),

        Plaintiff,

vs.

NERDS ON CALL, INC. (CALIFORNIA)
and RYAN ELDRIDGE,

        Defendants.

Case No.: 1:07-cv-0535-DFH-TAB

## ORDER AMENDING THE
## CASE MANAGEMENT PLAN

The Court has considered the joint motion of the parties requesting modification of the existing Case Management Plan (Dkt. 56). Good cause appearing, certain deadlines in the Case Management Plan are hereby modified as follows:

1.    ~~Paragraph III(F)~~: Plaintiff shall disclose the name, address and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) no later than **May 27, 2009.** However, if Plaintiff uses expert witness testimony at the summary judgment stage, such disclosures must be made no later than 60 days prior to the summary judgment deadline.

2.    ~~Paragraph III(G)~~: Defendants shall disclose the name, address and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) within 30 days after Plaintiff serves its expert witness disclosure; or if none, Defendants shall make its expert disclosure no later than **July 27, 2009**. However, if expert witness testimony at the summary judgment stage, such disclosures must be made no later than 30 days prior to the summary judgment deadline. Any party responding to a motion for summary must disclose any responsive experts on the date summary judgment motions are due.

3.    ~~Paragraph III(I)~~: The Parties shall file and serve their final witness and exhibit

1

Dockets.Justia.com

lists no later than **October 27. 2009.**

4. Paragraph IV(c): Dispositive motions are expected and shall be filed no later than **May 27, 2009**; non-expert witness discovery and discovery relating to liability issues shall be completed no later than **March 27, 2009;** expert witness discovery and discovery relating to damages shall be completed no later than **August 27, 2009.**

No other modifications have been sought or are necessary.

IT IS SO ORDERED.

Dated: 12/19/2008

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Pursuant to S.D.Ind.L.R 5-1(a)(5) this Proposed Order notes that the following counsel have been electronically served.

Daniel N. Ballard, CA Bar #219223
dballard@sequoiacounsel.com

Theodore J. Minch, Bar #18798-49
e-mail: tjminch@sovichminch.com

Jonathan G. Polak, Bar #21954-49
e-mail: jpolak@taftlaw.com