UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NERDS ON CALL, INC. (INDIANA), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-535-DFH-TAB |
| ) | |
| NERDS ON CALL, INC. (CALIFORNIA), ) | |
| and RYAN ELDRIDGE, ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

Plaintiff has elected not to file an amended complaint, and consistent with the court's entry of December 22, 2008, it is hereby ORDERED, ADJUDGED AND DECREED that plaintiff Nerds on Call, Inc. of Indiana take nothing by its complaint against defendants Nerds on Call, Inc. of California and Ryan Eldridge, and that this action is dismissed without prejudice, all parties to bear their own costs.

Date: March 2, 2009

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk
Copies to:

Daniel N. Ballard
Sequoia Counsel PC

dballard@sequoiacounsel.com

Theodore John Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

Jonathan G. Polak
TAFT STETTINIUS & HOLLISTER LLP
jpolak@taftlaw.com

Trent J. Sandifur
TAFT STETTINIUS & HOLLISTER LLP
tsandifur@taftlaw.com